## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**NONA HALE, Individually and as
Special Administratrix of the Estate
of George Hale, Deceased**                                **PLAINTIFF**

v.                              **No. 4:24-cv-413-DPM**

**U-HAUL CO. OF FLORIDA;
U-HAUL INTERNATIONAL INC;
CENTRAL ARKANSAS DEVELOPMENT
COUNCIL d/b/a South Central Arkansas
Transit; MIGDALIA MARQUEZ;
CYNTHIA SKEENS; JOHN DOES 1-3;
and JOHN AND JANE DOE ENTITIES
1-3**                                                     **DEFENDANT**

### ORDER

Hale and U-Haul International have settled. *Doc. 28.* Congratulations. U-Haul Co. of Florida, Central Arkansas Development Council, and Cynthia Skeens were dismissed without prejudice earlier. *Doc. 10 & 25.* On its own motion, the Court dismisses all claims against Migdalia Marquez without prejudice for failure to prosecute. *Smith v. Gold Dust Casino*, 526 F.3d 402, 404 (8th Cir. 2008). Hale's claims against U-Haul International will be dismissed with prejudice. The Court will retain jurisdiction for a time to enforce the parties' settlement and for any needed clean-up on the various stray parties.

-2-

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
14 May 2026