# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

NONA HALE, Individually and as
Special Administratrix of the Estate
of George Hale, Deceased                                    PLAINTIFF

v.                             No. 4:24-cv-413-DPM

U-HAUL CO. OF FLORIDA;
U-HAUL INTERNATIONAL INC;
CENTRAL ARKANSAS DEVELOPMENT
COUNCIL d/b/a South Central Arkansas
Transit;  MIGDALIA MARQUEZ;
CYNTHIA SKEENS;  JOHN DOES 1-3;
and JOHN AND JANE DOE ENTITIES
1-3                                                        DEFENDANT

## JUDGMENT

Hale's claims against U-Haul Co. of Florida, Central Arkansas Development Council, Cynthia Skeens, and Migdalia Marquez are dismissed without prejudice. Her claims against U-Haul International, Inc. are dismissed with prejudice. The Court retains jurisdiction until 14 August 2026 to enforce the settlement between Hale and U-Haul International and do any necessary clean-up on the dismissals of other parties.

-2-

_W.B. Marshall Jr._

D.P. Marshall Jr.
United States District Judge

_14 May 2026_